IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-481-FDW-DCK

| | |
|---|---|
| JORDAN MOSEMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Philip J. Gibbons, Jr., concerning James B. Zouras on November 15, 2017. Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiff Jordan Moseman et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** Mr. James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiff Jordan Moseman et al.

**SO ORDERED**.

Signed: November 16, 2017

David C. Keesler
United States Magistrate Judge