# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-481-FDW-DCK

| | |
|---|---|
| JORDAN MOSEMAN, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| U.S. BANK NATIONAL ASSOCIATION, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by Philip J. Gibbons, Jr., concerning Teresa M. Becvar on November 15, 2017. Ms. Teresa M. Becvar seeks to appear as counsel *pro hac vice* for Plaintiff Jordan Moseman et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Ms. Teresa M. Becvar is hereby admitted *pro hac vice* to represent Plaintiff Jordan Moseman et al.

**SO ORDERED**.

Signed: November 16, 2017

David C. Keesler
United States Magistrate Judge