IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-481-FDW-DCK

JORDAN MOSEMAN, on behalf of himself )
and all others similarly situated, )
)
Plaintiff, )
)
v. ) **ORDER**
)
U.S. BANK NATIONAL ASSOCIATION, )
)
Defendant. )
)

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 13) filed by Elizabeth R. Gift concerning A. Craig Cleland on November 29, 2017. A. Craig Cleland seeks to appear as counsel *pro hac vice* for Defendant U.S. Bank National Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 13) is **GRANTED.** A. Craig Cleland is hereby admitted *pro hac vice* to represent Defendant U.S. Bank National Association.

**SO ORDERED**.

Signed: November 29, 2017

David C. Keesler
United States Magistrate Judge