IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-481-FDW-DCK

| | |
|---|---|
| JORDAN MOSEMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| U.S. BANK NATIONAL ASSOCIATION, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) filed by Elizabeth R. Gift concerning Erika Lee Leonard on November 29, 2017. Erika Lee Leonard seeks to appear as counsel *pro hac vice* for Defendant U.S. Bank National Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) is **GRANTED.** Erika Lee Leonard is hereby admitted *pro hac vice* to represent Defendant U.S. Bank National Association.

**SO ORDERED**.

Signed: November 29, 2017

David C. Keesler
United States Magistrate Judge