IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-481-FDW-DCK

| | |
|---|---|
| JORDAN MOSEMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| U.S. BANK NATIONAL ASSOCIATION, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19) filed by Philip J. Gibbons, Jr. concerning Catherine T. Mitchell on March 9, 2018. Ms. Catherine T. Mitchell seeks to appear as counsel *pro hac vice* for Plaintiff(s). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19) is **GRANTED.** Ms. Catherine T. Mitchell is hereby admitted *pro hac vice* to represent Plaintiff(s).

**SO ORDERED**.

Signed: March 9, 2018

David C. Keesler
United States Magistrate Judge