UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00481-FDW-DCK

| | |
|---|---|
| JORDAN MOSEMAN, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>U.S. BANK NATIONAL ASSOCIATION,  )<br>)<br>Defendant.  )<br>) | ORDER |

UPON CONSIDERATION of the parties' Joint Motion for Approval of a Fair Labor Standards Act (FLSA) Settlement (Doc. No. 48), the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement is approved, including the payments to Plaintiffs, the releases of claims, the service payment to Named Plaintiff, and payment of attorneys' fees and costs as set forth therein;

(2) the action is dismissed in its entirety without prejudice, which shall convert to with prejudice on the date the Settlement is fully funded by Defendant, with each party to bear its own costs and attorneys' fees except as otherwise stated in the Settlement Agreement; and

(3) this Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

IT IS SO ORDERED.

Signed: January 7, 2019

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge